IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 19107 SANDY SLOTH TRAIL, CYPRESS, TX 77433;

    Defendant.

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem,* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

  a. Real property located at 19107 Sandy Sloth Trail, Cypress, Texas 77433;

    DATED this ___ day of _____ 2025.

                                                   JEFFREY P. COLWELL
                                                 Clerk of the U.S. District Court

                                       By: _____
                                          Deputy Clerk