INDEX AS EMILY K. MERRILL, GRANTOR, AND THE UNITED STATES OF AMERICA, GRANTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 25-cv-02452-KAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 19107 SANDY SLOTH TRAIL, CYPRESS, TX 77433,

    Defendant.

## NOTICE OF LIS PENDENS

<u>RECORD TITLE OWNER</u>: EMILY K. MERRILL

PLEASE TAKE NOTICE that the United States of America filed a *Verified Complaint for Forfeiture In Rem*, in which the United States seeks a judgment and final order of forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A), (a)(1)(C) and (b), forfeiting to the United States of America all right, title, and interest in and to the following real property: 19107 Sandy Sloth Trail, Cypress, TX 77433, more fully described as:

> Lot 13, in Block 1, of Bridgeland Parkland Village Sec 23, a subdivision in Harris County, Texas, according to the map or plat thereof, recorded in Film Code No. 688142, Map and Plat Records, Harris County, Texas.
> .

Dated: August 7, 2025

Respectfully submitted,

PETER MCNEILLY
United States Attorney

By: *s/ Zachary Phillips*
Zachary Phillips
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: zachary.phillips@usdoj.gov
*Attorney for the United States*