IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02452-KAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 19107 SANDY SLOTH TRAIL, CYPRESS, TX 77433;

    Defendant.

---

## NOTICE OF COMPLAINT FOR FORFEITURE

---

YOU ARE HEREBY NOTIFIED that the United States of America ("United States") filed the attached *Verified Complaint for Forfeiture In Rem* ("Verified Complaint"), seeking forfeiture of the above defendant asset. Doc. 1.

If you wish to contest the forfeiture and assert an interest in the defendant asset, you must file a Claim with the Court by **September 9, 2025**. Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

    (1)    identify the specific property claimed,

    (2)    identify the claimant and state the claimant's interest in the property, and

    (3)    be signed by the claimant under penalty of perjury.

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the asset in this case by sending documentation to Federal Bureau of Investigations, you must file a new claim in this civil forfeiture case to prevent entry of default.

1

**Within 21 days after** filing a Claim, you must file an Answer to the Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States magistrate judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than: (1) seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier. Doc. 3.

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Zachary Phillips<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California St., Ste 1600<br>Denver, Colorado 80202 |

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant asset to the United States.**

Dated: August 8, 2025.

             Respectfully submitted,

             PETER MCNEILLY
             United States Attorney

           By: *s/ Zachary Phillips*
             Zachary Phillips
             Assistant U.S. Attorney
             U.S. Attorney's Office
             1801 California St., Ste 1600

Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: zachary.phillips@usdoj.gov
*Attorney for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August 2025, true copies of the *Notice of Complaint for Forfeiture*, *Verified Complaint for Forfeiture In Rem*, and Magistrate Judge Consent Form with Instructions, were mailed via regular and Certified Mail to:

Emily K. Merrill
19107 Sandy Sloth Trail
Cypress, TX 77433
**Cert. No. 7015 0920 0001 7809 8270**

Kenneth Merrill
19107 Sandy Sloth Trail
Cypress, TX 77433
**Cert. No. 7015 0920 0001 7809 8287**

Cardinal Financial Company, Limited Partnership
3701 Arco Corporate Drive
Suite 200
Charlotte, NC 28273
**Cert. No. 7015 0920 0001 7809 8249**

Bret A. Schulte
8700 Commerce Park Drive
Suite 103
Houston, TX 77036
**Cert. No. 7015 0920 0001 7809 8256**

Thu-Thao Thi Tran
12207 Ayrshire Place
Houston, TX 77089
**Cert. No. 7015 0920 0001 7809 8263**

s/ *Sheri Gidan*
*FSA* Paralegal
U.S. Attorney's Office
