IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02452-KAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 19107 SANDY SLOTH TRAIL, CYPRESS, TX 77433;

    Defendant.
_____

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

THIS MATTER comes before the Court on the United States' *Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, FINDS that the Court has jurisdiction over the following defendant assets, that there is probable cause to believe the defendant assets are subject to forfeiture, and that a Warrant for Arrest of the following defendant asset should enter:

  a. Real property located at 19107 Sandy Sloth Trail, Cypress, Texas 77433;

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a Warrant for Arrest of Property *In Rem* and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced defendant assets as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

IT IS FURTHER ORDERED that the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons

1

claiming or asserting an interest in the defendant assets must file a Claim and an Answer to the Complaint with the Court, and serve copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Zachary Phillips<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California St., Suite 1600<br>Denver, Colorado 80202 |

SO ORDERED this 7th day of August, 2025.

BY THE COURT:

_____
United States Magistrate Judge