# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:25-cv-02452-KAS

UNITED STATES OF AMERICA,

  Plaintiff,

v.

REAL PROPERTY LOCATED at 19107 SANDY SLOTH TRAIL, CYPRESS, TX 77433,

  Defendant.

---

## DEFENDANT'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT

---

Claimant, Emily Merrill, by her attorneys, Kenneth F. Eichner and Lynn C. Hartfield, *The Eichner Law Firm*, respectfully moves this court to extend by 30 days the time to respond to the Notice of Complaint for Forfeiture filed in the above-captioned case. In support of her motion, Claimant states as follows:

1. Claimant was served by U.S. mail with a Notice of Complaint for Forfeiture in the above-captioned action and received the filing on August 25, 2025. (Doc. 5). The Notice provides that if Claimant wishes to contest the forfeiture, she must file a claim by September 9, 2025. The Notice also sets a schedule for the filing of an Answer to the Complaint and consent to jurisdiction to have the claim adjudicated before this Court.

2. Undersigned counsel was retained this weekend, and is in the process of reviewing documents relevant to the matter. In order to have time to investigate the matter before filing responsive documents, Claimant and counsel require additional time, and therefore request a 30-day extension of time to file a claim, to and including October 9, 2025.

Claimant further requests that the time to file an Answer and Consent to Adjudication Before a Magistrate Judge before this Court be extended, to October 30, 2025.

3. Counsel has contacted Zachary Phillips, the Assistant United States Attorney assigned to the matter, and he has no objection to the proposed extension.

WHEREFORE, for the foregoing reasons, Claimant Emily Merrill respectfully requests that the Court grant her motion for a 30-day extension of time to file a claim in the above-captioned matter, to and including October 9, 2025.

DATED this 8th day of September, 2025.

Respectfully submitted,

THE EICHNER LAW FIRM

| | |
|---|---|
| *s/ Kenneth F. Eichner* | *s/ Lynn C. Hartfield* |
| Kenneth F. Eichner | Law Off. Of Lynn C. Hartfield, LLC |
| The Eichner Law Firm | 387 Corona Street, Suite 617 |
| 3773 Cherry Creek Drive North, Suite 900 | Denver, Colorado 80218 |
| Denver, Colorado 80209 | T: (720) 588-0571 |
| T: (303) 837-9800 | lynn@lhartfieldlaw.com |
| ken@eichnerlaw.com | SPECIAL COUNSEL TO |
| | The Eichner Law Firm |
| Attorneys for Claimant Emily Merrill | 3773 Cherry Creek Drive North |
| | West Tower, Suite 900 |
| | Denver, Colorado 80209 |
| | T: (303) 837-9800 |
| | lynn@eichnerlaw.com |

### CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, I electronically filed the foregoing **CLAIMANT'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Lynn C. Hartfield*