IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02452-KAS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

REAL PROPERTY LOCATED AT 19107 SANDY SLOTH TRAIL, CYPRESS, TX 77433,

       Defendant.

## CLAIM TO CONTEST FORFEITURE

Cardinal Financial Company, Limited Partnership, through their undersigned counsel, hereby provides notice of their claim and interest in Defendant 19107 Sandy Sloth Trail, Cypress, TX 77433 (the "Property") in this action.

Cardinal Financial Company, Limited Partnership, has interest in the Property as servicer and agent for Federal Home Loan Mortgage Corporation's loan secured by the Property. *See* Exhibit A.

Dated this 23rd day of September, 2025, in Denver, Colorado.

                                       *s/ Douglas I. Richards*
                                       Douglas I. Richards
                                       RICHARDS CARRINGTON, LLC
                                       1444 Blake Street
                                       Denver, Colorado 80203
                                       Telephone: 303-962-2690
                                       Facsimile: 303-962-2691
                                       Email: *doug@richardscarrington.com*

                                       *Attorney for Claimant Cardinal Financial Company, Limited Partnership*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 23, 2025, I electronically filed the foregoing **CLAIM TO CONTEST FORFEITURE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Zachary Phillips
Assistant United States Attorney
United States Attorney's Office
Zachary.phillips@usdoj.gov

Kenneth Eichner
The Eichner Law Firm
Ken@EichnerLaw.com

Lynn Christina Hartfield
Lynn C. Hartfield, LLC
lynn@lhartfieldlaw.com

                                                     *s/ Claire Webb*
                                                   Claire Webb, Paralegal