IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:25-cv-02452-KAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 19107 SANDY SLOTH TRAIL, CYPRESS, TX 77433,

    Defendant.

---

**VERIFIED STATEMENT IN INTEREST**

---

I, Jon Paul, General Counsel for Cardinal Financial Company, Limited Partnership ("Cardinal") hereby advise you of Cardinal's claim and interest as servicer and agent for Federal Home Loan Mortgage Corporation's loan secured by property described as 19107 Sandy Sloth Trail, Cypress, Texas 77433, that is the subject of the Government's forfeiture action. I declare under penalty of perjury that the foregoing is true and correct.

_____
Jon Paul, General Counsel

State of Colorado
County of Jefferson
Signed and sworn to before me on 9/22, 2025 by Jon Paul

Witness my hand and official seal.

_____
Tara Esqueda
Notary Public
My Commission Expires: May 7, 2028

TARA ESQUEDA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20074016953
MY COMMISSION EXPIRES MAY 7, 2028

**EXHIBIT A**