\
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:25-cv-02452-KAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED at 19107 SANDY SLOTH TRAIL, CYPRESS, TX 77433,

    Defendant.

---

### CLAIM OF EMILY K. MERRILL IN RESPONSE TO
### VERIFIED COMPLAINT FOR FORFEITURE *IN REM* (DOC. 1)

---

Claimant Emily K. Merrill, by her attorney, Kenneth F. Eichner and Lynn C. Hartfield, *The Eichner Law Firm*, pursuant to Supplemental Admiralty and Maritime Claims Rule G(5), submits the following claim with respect to the defendant property:

1. On August 7, 2025, the government filed a Verified Complaint for Forfeiture *In Rem* (Doc. 1), identifying the below real property that it contends is subject to forfeiture under 18 U.S.C. §§ 981(a)(1)(A), (a)(1)(C) and (b):

    > Defendant 19107 Sandy Sloth Trail, Cypress, TX 77433, Lot 13, in Block 1, of Bridgeland Parkland Village Sec 23, a subdivision in Harris, County, Texas.

2. Claimant Emily K. Merrill hereby asserts her rights of possession and ownership interest in the above-named property as owner of the property, subject to a mortgage owned by Federal Home Loan Mortgage Corporation, serviced by Cardinal Financial Company, Limited Partnership.

3. Claimant Emily K. Merrill is the owner of the above-named property, and had legal

possession of the property at the time of the filing of the complaint and warrant for arrest of property, and currently has physical possession of the property.

**Signature of Claimant**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_Emily K. Merrill_
Emily K. Merrill

_10/9/2025_
Date

DATED this 9th day of October, 2025.

Respectfully submitted,

THE EICHNER LAW FIRM

_s/ Kenneth F. Eichner_
Kenneth F. Eichner
The Eichner Law Firm
3773 Cherry Creek Drive North, Suite 900
Denver, Colorado 80209
T: (303) 837-9800
ken@eichnerlaw.com

Attorneys for Claimant Emily Merrill

_s/ Lynn C. Hartfield_
Law Off. Of Lynn C. Hartfield, LLC
387 Corona Street, Suite 617
Denver, Colorado 80218
T: (720) 588-0571
lynn@lhartfieldlaw.com
SPECIAL COUNSEL TO
The Eichner Law Firm
3773 Cherry Creek Drive North
West Tower, Suite 900
Denver, Colorado 80209
T: (303) 837-9800
lynn@eichnerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I electronically filed the foregoing **CLAIM OF EMILY K. MERRILL IN RESPONSE TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM* (DOC. 1)** with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_s/ Lynn C. Hartfield_