# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:25-cv-02452-KAS

UNITED STATES OF AMERICA,

  Plaintiff,

v.

REAL PROPERTY LOCATED at 19107 SANDY SLOTH TRAIL, CYPRESS, TX 77433,

  Defendant.

---

### AGREED MOTION FOR 60-DAY EXTENSION OF
### TIME TO FILE ANSWER TO COMPLAINT

---

Claimant, Emily Merrill, by her attorneys, Kenneth F. Eichner and Lynn C. Hartfield, *The Eichner Law Firm*, and the United States, by Assistant United States Attorney Zachary Phillips, respectfully move this court to extend by 60 days the time for Claimant to file an answer to the Complaint for Forfeiture filed in the above-captioned case. In support of the motion, the parties state as follows:

1. The government filed a Verified Complaint for Forfeiture in the above-captioned action on August 7, 2025 (Doc. 1), and Claimant was served by U.S. mail with a Notice of Complaint for Forfeiture in the above-captioned action and received the filing on August 25, 2025. (Doc. 5). Claimant filed a Claim on October 9, 2025. (Doc. 15). This Court previously granted Claimant's motion to extend the time for filing an answer to the complaint, to October 30, 2025.

2. The parties are in the process of exploring a negotiated settlement of the matter. However, due to the complex nature of the ownership of the subject property, more

investigation is needed before the parties can reach an agreement. The parties therefore seek an extension of 60 days, to December 29, 2025, so that the parties can complete investigation and engage in meaningful negotiation.

WHEREFORE, for the foregoing reasons, Claimant Emily Merrill and Plaintiff the United States of America, respectfully request that the Court grant an extension of 60 days, to and including December 29, 2025, for Claimant to file an answer to the Complaint for Forfeiture.

DATED this 20th day of October, 2025

Respectfully submitted,

THE EICHNER LAW FIRM

*s/ Kenneth F. Eichner*
Kenneth F. Eichner
The Eichner Law Firm
3773 Cherry Creek Drive North, Suite 900
Denver, Colorado 80209
T: (303) 837-9800
ken@eichnerlaw.com

Attorneys for Claimant Emily Merrill

*s/ Lynn C. Hartfield*
Law Off. Of Lynn C. Hartfield, LLC
387 Corona Street, Suite 617
Denver, Colorado 80218
T: (720) 588-0571
lynn@lhartfieldlaw.com
SPECIAL COUNSEL TO
The Eichner Law Firm
3773 Cherry Creek Drive North
West Tower, Suite 900
Denver, Colorado 80209
T: (303) 837-9800
lynn@eichnerlaw.com


*s/ Zachary Phillips*
Zachary Phillips
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: zachary.phillips@usdoj.gov
*Attorney for the United States*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2025, I electronically filed the foregoing **AGREED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT** with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                       *s/ Lynn C. Hartfield*