IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02452-KAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT 19107 SANDY SLOTH TRAIL, CYPRESS, TX 77433;

Defendant.

---

**JOINT MOTION TO STAY**

---

COMES NOW the United States of America (the "United States"), by and through United States Attorney Peter McNeilly and Assistant United States Attorney Zachary Phillips, and pursuant to 18 U.S.C. § 981(g), moves this Court to stay this case pending the resolution of Claimant Emily K. Merrill's criminal case/investigation. In support, the United States sets forth the following:

1. On August 7, 2025, the United States filed a *Verified Complaint for Forfeiture In Rem* seeking forfeiture of defendant assets. (Doc. 1).

2. Claimant Cardinal Financial Company, Limited Partnership, filed their claim stating their interest in the defendant asset on September 23, 2025. (Doc. 14).

3. Claimant Emily K. Merrill ("Merrill"), filed her claim stating her interest in the defendant asset on October 9, 2025. (Doc. 15).

4. Claimant Merrill has been the subject of a parallel criminal case/ investigation which is related to this civil forfeiture case.

5. The United States and counsel for Emily K. Merrill are currently in discussions to resolve her criminal case/investigation which would also resolve this pending civil case.

6. Therefore, the United States respectfully requests that this civil forfeiture case be stayed and the January 14, 2026 Status Conference be vacated.

7. Pursuant to D.C.COLO.LCivR 7.1, undersigned counsel conferred with Kenneth F. Eichner, attorney for Claimant Merrill, who does not oppose staying this case.

WHEREFORE, the United States moves this Court for an order staying this civil forfeiture case pending the resolution of Claimant Emily K. Merrill's federal criminal case.

Dated: December 19, 2025.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

By: *s/ Zachary Phillips*
Zachary Phillips
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: zachary.phillips@usdoj.gov
*Attorney for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Sheri Gidan*
*FSA* Paralegal
U.S. Attorney's Office